UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 20 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Cr. No. 02-0524-02 (TFH) |
| ) | |
| TERRY U. DOUGLAS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of Judge Facciola's report and recommendation of April 11, 2007, and the parties' agreement as to the appropriate disposition of this matter, the Court accepts Judge Facciola's recommendation and, therefore, **ORDERS** Douglas' supervised release conditions modified such that he will spend 90 days of his supervised release in a halfway house and attend a drug treatment program.

**SO ORDERED.**

April 18th, 2007

Thomas F. Hogan
Chief Judge